1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant CECIL FORT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 99-40055 SBA |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER CONTINUING STATUS** |
| | ) | **DATE** |
| | ) | |
| CECIL LAMAR FORT, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Cecil Lamar Fort, currently scheduled for Tuesday, June 9, 2009, at 9:00 a.m. before Honorable Saundra Brown Armstrong, may be continued to Tuesday, July 14, 2009 at 9:00 a.m. for status. The reason for the continuance is United States Probation Officer Mark Messner would like additional time to evaluate Mr. Fort and determine whether he is complying with his conditions of supervision before the parties decide how to resolve the matter. There is no

*U S v. Cecil Forte,* CR 99-40055 SBA
Stip. Continuing Status Date                - 1 -

need for an exclusion of time under the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because this is a supervised release matter.

DATED: June 3, 2009                              /s/
                                                 JOYCE LEAVITT
                                                 Attorney for Cecil Fort

DATED: June 3, 2009                              /s/
                                                 JOSHUA HILL
                                                 Assistant United States Attorney

    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Tuesday, June 9, 2009 at 9:00 a.m. before Honorable Saundra Brown Armstrong, is hereby continued to Tuesday, July 14, 2009, at 9:00 a.m. for status.

    SO ORDERED.

DATED: 6/5/09                                    _Saundra B Armstrong_
                                                 HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge

*U S v. Cecil Forte,* CR 99-40055 SBA
Stip. Continuing Status Date                     - 2 -